Alan A. Dressler, Esq. (SBN #56916)
633 Battery St., Suite 635
San Francisco, California 94222
(415) 421-7980

Attorney for Defendant Antoine Demetrius Smith

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 06-00189 SBA |
| Plaintiffs, | [~~Proposed~~] |
| vs. | ORDER APPOINTING CJA COUNSEL |
| ANTOINE DEMETRIUS SMITHl, | |
| Defendant. | |

Based on the financial affidavit signed by Defendant Antoine Demetrius Smith on April 24, 2006 it is hereby ordered that Alan Dressler, Esq. is appointed pursuant to the Criminal Justice Act as counsel for defendant Antoine Demetrius Smith. This order is <u>nunc pro tunc</u> as of March 28, 2006.

Dated: July 21, 2006

IT IS SO ORDERED

_____
Judge Wayne D. Brazil

-1-