JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00189 SBA |
|     Plaintiff, ) | |
|   v. ) | NOTICE OF DISMISSAL AND ORDER |
| ANTOINE DEMETRIUS SMITH, ) | |
|     Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned indictment without prejudice as to defendant Antoine Demetrius Smith only. Defendant remains detained pending trial in a separate action, <u>United States v. Antione Demetrius Smith</u>, CR 08-00110 DLJ.

DATED: March 31, 2008                      Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney


                                                /s/
                                               GARTH HIRE
                                               Assistant United States Attorney

NOTICE OF DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Leave of Court is granted to the government to dismiss the above-captioned indictment without prejudice as to defendant Antoine Demetrius Smith only.

Date: 3/31/08

*Saundra B Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE